UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN-MICHAEL KUDER,

                        NO. CIV. S-08-3087 LKK/DAD PS

    Plaintiff,

    v.

WASHINGTON MUTUAL BANK and         O R D E R
CALIFORNIA RECONVEYANCE
COMPANY,

    Defendants.
_____/

    It has come to the court's attention that the court has opened a minimal account for his daughter with Washington Mutual Bank. Upon review and consideration of the case, the court determines that this interest presents no conflict in the fair adjudication of the case and that recusal is not necessary.

    IT IS SO ORDERED.

    DATED: June 16, 2009.

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

1