IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN-MICHAEL KUDER,

    Plaintiff,                      No. CIV S-08-3087 LKK DAD PS

    vs.

WASHINGTON MUTUAL
BANK and CALIFORNIA
RECONVEYANCE COMPANY,        ORDER

    Defendants.
_____/

        Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On September 2, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has filed timely objections to the findings and recommendations, and defendants have filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 2, 2009 (Doc. No. 24) are adopted in full;

2. Defendants' amended motion to dismiss (Doc. No. 10) filed January 7, 2009, is granted pursuant to Federal Rule of Civil Procedure 12(b)(6); and

3. This action is dismissed with prejudice.

DATED: September 30, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2