UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

                                      **JUDGMENT IN A CIVIL CASE**

**GLENN−MICHAEL KUDER,**

                                      CASE NO: **2:08−CV−03087−LKK−DAD**

      v.

**WASHINGTON MUTUAL BANK, ET AL.,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

      **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 9/30/2009**

                                              **Victoria C. Minor**
                                              Clerk of Court

   ENTERED:  **September 30, 2009**

                                      by: /s/ D. Waggoner
                                              Deputy Clerk